UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**CHRISTOPHER KLING**,                                    Case No. 3:15-cv-01643-KI

       Plaintiff,                                            JUDGMENT

   v.

**CAROLYN COLVIN, Acting**
**Commissioner of Social Security**,

       Defendant.


Merrill Schneider
Schneider Kerr Law Offices
P.O. Box 14490
Portland, OR 97293

    Attorney for Plaintiff

Billy J. Williams
United States Attorney
District of Oregon

Page 1 - JUDGMENT

Janice E. Hebert
Assistant United States Attorney
1000 SW Third Ave., Ste. 600
Portland, OR 97204-2902

Thomas M. Elsberry
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste. 2900 M/S 221A
Seattle, WA 98104-7075

    Attorneys for Defendant

KING, Judge:

The decision of the Commissioner is reversed. This action is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

DATED this  13th  day of September, 2016.

        /s/ Garr M. King
        Garr M. King
        United States District Judge